| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Aaron Haeck | Telephone: (810) 345-3248 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Edgar Geovany LOPEZ

Case No. 2:25-mj-30588
Judge: Unassigned,
Filed: 09-17-2025 At 03:29 PM
CMP USA V. EDGAR GEOVANY LOPEZ
(DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 13, 2025__ in the county of __St. Clair__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Aaron Haeck, TFO, U.S. Customs and Border Protection
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 17, 2025

_Judge's signature_

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Aaron Haeck, being duly sworn, depose and state:

1. I am employed by the United States Department of Homeland Security, U.S. Customs and Border Protection (CBP), as CBP Officer at the Blue Water Bridge in Port Huron, Michigan. I have been employed with CBP for 17 years. I have been assigned as a Task Force Officer for 3 years. I have participated in numerous administrative and criminal cases involving illegal aliens. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, criminal analysts, and witnesses.

2. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not set forth all my knowledge about this matter. I have also reviewed material from the official immigration file and system automated data relating to Edgar Geovany LOPEZ, which attests to the following:

3. Edgar Geovany LOPEZ is a forty-one-old male, native and citizen of Guatemala, who claims to have last entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4. On or about August 25, 2019, LOPEZ was arrested by a Madison County, NE Deputy Sheriff for Criminal Trespass-2nd, DUI (.15+ BAC), Reckless Driving-1st, No Operator's License, Leaving the Scene of an Accident, and Disturbing the Peace. LOPEZ was sentenced to 30 days for the DUI, 90 days for leaving the scene of an accident, and 30 days for disturbing the peace. An immigration detainer was filed pending his release.

5. LOPEZ was also cited four times for traffic violations in 2019 and paid the assessed fines.

6. After completing his sentence on the August 2019 criminal cases, LOPEZ was remanded to ERO custody on or about October 22, 2019, for removal proceedings. A final order of removal was issued for LOPEZ on January 2, 2020. LOPEZ departed the United States on January 9, 2020, via Alexandria International Airport.

7. On September 13, 2025, LOPEZ, made a wrong turn onto the Blue Water Bridge along with two co-travelers. LOPEZ and his co-travelers were refused entry into Canada by Canada Border Services Agency (CBSA) and returned to the United States. LOPEZ and the co-travelers were then escorted by CBP officers to the secondary inspection area for further interview.

8. Edgar Geovany LOPEZ's lack of status in the United States was confirmed, and his prior order of removal was reinstated.

9. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

10. Review of records from the alien file assigned to Edgar Geovany LOPEZ and queries in the U.S. Department of Homeland Security databases confirm that no record exists of LOPEZ obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on or about January 9, 2020.

11. Edgar Geovany LOPEZ's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that Edgar Geovany LOPEZ is a citizen of Guatemala with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that LOPEZ legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

12. Based on the above information, there is probable cause to believe that on or about September 13, 2025, at or near St. Clair County, MI, in the Eastern District of Michigan, Southern Division, Edgar Geovany LOPEZ, an alien from Guatemala, was found in the United States after having been denied admission, excluded, deported and removed therefrom on or about January 9, 2020, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8 U.S.C. §1326(a).

_____
Complainant's signature

Aaron Haeck
CBP Officer
U.S. Customs and Border Protection

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge